# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 96-40815
## Summary Calendar

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**STANLEY RENARD TILLEY,**

**Defendant-Appellant.**

_____

### Appeal from the United States District Court
### for the Eastern District of Texas
### (6:96-CR-3-1)

_____

### February 4, 1997

Before SMITH, DUHÉ, AND BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Stanley Renard Tilley appeals the sentence he received pursuant to a plea of guilty for possession with intent to distribute cocaine base. He contends that the district court erroneously rejected his contention that the Government acquired knowledge of certain currency pursuant to a cooperation agreement. We do not find clear error. _See_ ***United States v. Fitzgerald***, 89

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

F.3d 218, 223 (5th Cir.), *cert. denied*, \_\_\_ U.S. \_\_\_, 117 S. Ct. 446 (1996).

**AFFIRMED**